1  STEPHAN A. BARBER (SBN 70070)
   SBARBER@RMKB.COM
2  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
3  San Jose, CA 95113
   Telephone:   (408) 287-6262
4  Facsimile:   (408) 918-4501

5  Attorneys for Plaintiff
   TRIANGLE DIGITAL INX CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRIANGLE DIGITAL INX CO., a Delaware corporation, on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRACORP, INC., a Colorado corporation,<br><br>Defendant. | CASE NO. C07-04773 SI<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that a copy of the following documents:

**CIVIL COVER SHEET;**

**SUMMONS IN A CIVIL ACTION;**

**COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**CASE MANAGEMENT CONFERENCE ORDER;**

**COURT INFORMATION PAGES; AND**

**ECF INFORMATION.**

RC1/5011398.1/BL1                       - 1 -                      CERTIFICATE OF SERVICE

1  has been served by Federal Express on Bryan L. Hodges, Agent for Service of Process for
2  Spectracorp, Inc., 118 S. Pecos Street, Denver, CO 80223 on this 20th day of September, 2007:

_____
STEPHAN A. BARBER

RC1/5011398.1/BL1 — -2- — CERTIFICATE OF SERVICE