1  JOHN M. DRATH (SBN 045031)
   SARAH F. BURKE (SBN 162813)
2  DRATH, CLIFFORD, MURPHY & HAGEN, LLP
   1999 Harrison Street, Suite 700
3  Oakland, California  94612-3517
   Telephone:  (510) 287-4000
4  Facsimile:  (510) 287-4050
   Email: jdrath@drathlaw.com
5  Email: sburke@drathlaw.com

6  Carlos A. Alvarez (State Bar No. 143839)
   Jessica Grannis (State Bar No. 240770)
7  STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
8  One California Street, Third Floor
   San Francisco, California  94111
9  Telephone: (415) 421-3400
   Facsimile: (415) 421-2234
10 Email: calvarez@steyerlaw.com
   Email: jgrannis@steyerlaw.com
11
   Robert C. Podoll (Colorado Bar No. 8776)
12 Robert Kitzmiller (Colorado Bar No.16927)
   PODOLL & PODOLL, P.C.
13 5619 DTC Parkway, Suite 1100
   Greenwood Village, CO 80111-306
14 Telephone: (303) 861-4000
    Fax:  (303) 861-4004
15 Email: rob@podoll.net
   Email: bob@podoll.net
16
   Attorneys for Defendant Spectracorp Inc.
17

18              IN THE UNITED STATES DISTRICT COURT FOR THE

19             NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

20

21 | TRIANGLE DIGITAL INX CO., a            ) | CASE NO. C-07-04773 SI
   | Delaware corporation on behalf of itself and )
22 | as the successor-in-interest to TRIANGLE )
   | DIGITAL, LLC, California Residents,   ) | SPECTRACORP, INC.'S ANSWER TO
23 |                                        ) | COMPLAINT
   |           Plaintiff,                   ) |
24 |                                        ) |
   |    vs.                                 ) | DEMAND FOR JURY TRIAL
25 |                                        ) |
   | SPECTRACORP, INC., a Colorado          ) |
26 | corporation,                           ) |
   |                                        ) |
27 |           Defendants.                  ) |
   |_____) |
28

SPECTRACORP, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL
CASE NO. C-07-04773 SI
R:\80\3066\answer final.wpd

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action.

My business address is 1999 Harrison Street, Suite 700, Oakland, California.

On October 18, 2007 I served the within **SPECTRACORP, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on all interested parties in said action, addressed as follows.

Stephan A. Barber
**ROPERS, MAJESKI, KOHN & BENTLEY**
80 North First Street
San Jose, CA 95113
Phone: (408) 287-6262
Fax:    (408) 918-4501
Email:  sbarber@rmkb.com
**Counsel for**: TRIANGLE DIDGITAL INX CO.

Carlos A. Alvarez (State Bar No. 143839)
Jessica Grannis (State Bar No. 240770)
**STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: calvarez@steyerlaw.com
Email: jgrannis@steyerlaw.com
**Co-counsel for**: SPECTRACORP, INC.

Robert C. Podoll (Colorado Bar No. 8776)
PODOLL & PODOLL, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111-306
Telephone: (303) 861-4000
Fax: (303) 861-4004
Email: rob@podoll.net
Email: bob@podoll.net
**Co-counsel for**: SPECTRACORP, INC.

_____**HAND**: By placing a true copy thereof in a sealed envelope and causing said envelope to be delivered by hand to the address(s) noted above, during normal business hours.

**✘**\_\_\_**MAIL**: By placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Post Office in Oakland, California. I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

_____**OVERNIGHT**: By placing a true copy in a sealed envelope, addressed to the interested party and depositing said envelope in the box regularly maintained by the overnight courier service at 1999 Harrison Street, Oakland, California.

_____**FAX**: By causing a true copy to be transmitted via facsimile to the addressee(s) noted above at the facsimile number shown.

I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct. Executed on October 18, 2007, at Oakland, California.

TIN KIM HUYNH