1  STEPHAN A. BARBER (SBN 70070)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  80 North First Street
   San Jose, CA 95113
3  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
4  sbarber@.rmkb.com

5  Attorneys for Plaintiff
   TRIANGLE DIGITAL INX CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRIANGLE DIGITAL INX CO., a Delaware corporation, on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRACORP, INC., a Colorado corporation,<br><br>Defendant.| CASE NO. C07-04773 SI<br><br>**ANSWER TO COUNTER-CLAIM OF SPECTRACORP, INC.** |
| SPECTRACORP, INC., a Colorado corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>TRIANGLE DIGITAL INX CO., a Delaware corporation, on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,<br><br>Counter-Defendants. | |

Comes now Counter-Defendants TRIANGLE DIGITAL, LLC and TRIANGLE DIGITAL INX CO. and, in answer to the Counter-Claim of SPECTRACORP, INC., admits, denies, and alleges as follows:

## JURISDICTION

1. Counter-Defendants admit the allegations of Paragraphs 1, 2, and 3 of the Counter-Claim.

## GENERAL ALLEGATIONS

2. Counter-Defendants admit the allegations of Paragraphs 4 and 5 of the Counter-Claim.

3. Counter-Defendants generally deny the allegations of Paragraphs 6 through 18, inclusive, of the Counter-Claim.

## FIRST CLAIM FOR RELIEF

4. Counter-Defendants generally deny the allegations of Paragraphs 19 through 36, inclusive, of the Counter-Claim.

## SECOND CLAIM FOR RELIEF

5. Counter-Defendants generally deny the allegations of Paragraphs 37 through 49, inclusive, of the Counter-Claim.

## THIRD CLAIM FOR RELIEF

6. Counter-Defendants generally deny the allegations of Paragraphs 50 through 62, inclusive, of the Counter-Claim.

7. Further answering the Counter-Claim, Counter-Defendants deny that Counter-Claimant is entitled to any damages, pre-judgment interest, post-judgment interest, costs of collection, expert witness fees, attorney fees, equitable relief, or any other relief as the result of any alleged breach of contract, act, conduct, or omission on the part of Counter-Defendants.

## AFFIRMATIVE DEFENSES

8. AS AND FOR A FIRST AFFIRMATIVE DEFENSE, Counter-Defendants allege that the First Claim for Relief in the Counter-Claim fails to state a claim against these answering Counter-Defendants.

9. AS AND FOR A SECOND AFFIRMATIVE DEFENSE, Counter-Defendants allege that the Second Claim for Relief in the Counter-Claim fails to state a claim against these answering Counter-Defendants.

10. AS AND FOR A THIRD AFFIRMATIVE DEFENSE, Counter-Defendants allege that the Third Claim for Relief in the Counter-Claim fails to state a claim against these answering Counter-Defendants.

11. AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, these answering Counter-Defendants allege that the Counter-Claim, and each Claim for Relief therein, is barred by the applicable statutes of limitations including, but not limited to, California Code of Civil Procedure §§337, 338, 339, 340, and/or 343.

12. AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, these answering Counter-Defendants allege that the Counter-Claim, and each Claim for Relief therein, is barred by the equitable doctrine of laches.

13. AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, these answering Counter-Defendants allege that the Counter-Claim, and each Claim for Relief therein, is barred by the equitable doctrine of unclean hands.

14. AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, these answering Counter-Defendants allege that Counter-Claimant's own negligence, carelessness, breach of contract, and/or breach of warranty caused the damages and harm, complained of in the Counter-Claim.

15. AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, these answering Counter-Defendants allege that any obligation they may have had to pay Counter-Claimant for the cartridges has been excused by reason of failure of consideration, breach of contract, breach of warranty by Counter-Claimant, impossibility of performance, prevention by Counter-Claimant, and/or frustration of purpose.

WHEREFORE, Counter-Defendants pray that:

1. Counter-Claimant takes nothing on the Counter-Claim;

2. Counter-Defendants be awarded their costs of suit; and

3. Counter-Defendants be granted such other relief as the Court deems just and proper.

Dated: November 7, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Stephan A. Barber
STEPHAN A. BARBER
Attorneys for Plaintiffs