1  STEPHAN A. BARBER (SBN 70070)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  80 North First Street
   San Jose, CA 95113
3  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
4  sbarber@.rmkb.com

5  Attorneys for Plaintiff
   TRIANGLE DIGITAL INX CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRIANGLE DIGITAL INX CO., a Delaware corporation, on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRACORP, INC., a Colorado corporation,<br><br>Defendant. | CASE NO. C07-04773 SI<br><br>**DISCLOSURE STATEMENT OF PLAINTIFFS TRIANGLE DIGITAL INX CO. AND TRIANGLE DIGITAL, LLC [FRCP RULE 7.1]** |

**TO THE HONORABLE COURT AND DEFENDANT SPECTRACORP, INC.:**

Pursuant to FRCP Rule 7.1, Plaintiff TRIANGLE DIGITAL INX CO. discloses that it is a Delaware corporation. Ninety percent (90%) of the stock of TRIANGLE DIGITAL INX CO. is owned by The INX Group LTD., a Delaware corporation. The INX Group LTD. is a wholly-

///
///
///
///
///

RC1/5024602.1/BL1         - 1 -         PLAINTIFFS' DISCLOSURE STATEMENT

owned subsidiary of Sakata INX Corp., a publicly traded Japanese corporation.

TRIANGLE DIGITAL, LLC has no disclosures required by Rule 7.1

Dated: November 7, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEPHAN A. BARBER
Attorneys for Plaintiffs