IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: JANUARY 4, 2008 LAW & MOTION        **NOTICE**

CALENDAR                                /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the entire calendar has been continued to TUESDAY, JANUARY 15, 2008.

**09:00 AM**
C-07-1820 ERIC DENMEAD v. LOWE'S COMPANY
Defendant's Motion to Dismiss or to Stay

-----------

C-07-2133 LESLIE MARKS v. OCWEN LOAN SERVICING
Defendant's Motion to Dismiss

-----------

C-07-4126 ALVARO RODRIGUEZ v. STATE OF CALIFORNIA
Defendant's Motion to Dismiss

-----------

**11:00 AM**
CR-07-0192 UNITED STATES v. ROHELIO MARTINEZ-HERRERA (C)(sp.int)
Judgment & Sentence

-----------

CR-07-0280.e UNITED STATES v. JOYCE BRAY (NC)
Judgment & Sentence

-----------

**02:00 PM**

C-07-1820 ERIC DENMEAD v. LOWE'S COMPANY
Initial Case Management Conference

-----------

C-07-4956.e GERALD LEE v. CONAM INSPECTION ENGINEERING SERVICES
Initial Case Management Conference

-----------

C-07-4773.e TRIANGLE DIGITAL INX CO. v. SPECTRACORP.INC.,
Initial Case Management Conference

-----------

C-07-4855.e SONY BMG MUSIC ENTERTAINMENT v. JOHN DOE #9
Initial Case Management Conference

----------

C-07-4827.e ANTONIO TORRES-FELIX, ET AL., v. ROSEMARY MELVILLE
Initial Case Management Conference

----------

C-07-4928.e FRANK FOSTER v. NATIONWIDE MUTUAL INS. CO.
Initial Case Management Conference

----------

C-07-4877.e SONY BMG MUSIC ENTERTAINMENT v. JOHN DOE
Initial Case Management Conference

----------

C-07-4780.e ELIZABETH MCCOY v. OILILY B.V.
Initial Case Management Conference

----------

C-07-4721.e DAVID KAYNE v. THOMAS KINKADE CO.
Initial Case Management Conference

----------

**02:30 PM**

C-07-2772 ST. PAUL FIRE & MARINE INS. CO. v. RCT XPRESS. INC.,
Further Case Management Conference

----------

C-07-3140.e JAMES W. BOWMAN v. CMC MORTGAGE INC.,
Further Case Management Conference

----------

C-03-1589.e WEAVER v. CITY & CO. OF SAN FRANCISCO
C-06-7071 MOYNHAN v. SAN FRANCSICO
C-06-6953.e PETER GREEN v. SAN FRANCISCO
 Further Case Management Conference
Phone Michael McGill (909) 985-4003 x 109 or x108

Dated: November 26, 2007                                              RICHARD W. WIEKING, Clerk

*Sutton*

Tracy Sutton
Deputy Clerk