# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Triangle Digital Inx Co., | 07-04773 SI |
|       Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Spectracorp, Inc., | |
|       Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-04773 SI                                                         -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: January 8, 2008
9                                        RICHARD W. WIEKING
                                          Clerk
10                                       by:    Timothy J. Smagacz

11                                       *Timothy Smagacz* (signature)
12                                       _____
                                          ADR Administrative Assistant
                                          415-522-4205
13                                       Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04773 SI                              -2-

PROOF OF SERVICE

Case Name:      Triangle Digital Inx Co. v. Spectracorp, Inc.

Case Number:    07-04773 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 8, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Stephan A. Barber
> Ropers, Majeski, Kohn & Bentley
> 80 North First Street
> San Jose, CA 95113
> sbarber@ropers.com
>
> John M. Drath
> Drath Clifford Murphy Wennerholm & Hagen
> 1999 Harrison Street
> Suite 1900
> Oakland, CA 94612-3578
> jdrath@drathlaw.com
>
> Robert Alan Kitsmiller
> 5619 DTC Pkwy., Suite 1100
> Greenwood Village, CO 80111
> bob@podoll.net
>
> Robert Charles Podoll
> 5619 DTC Pkwy., Suite 1100
> Greenwood Village, CO 80111

rob@podoll.net

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 8, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov