```
1  SARAH F. BURKE (SBN 162813)
   DRATH, CLIFFORD, MURPHY & HAGEN, LLP
2  1999 Harrison Street, Suite 700
   Oakland, California  94612-3517
3  Telephone: (510) 287-4000
   Facsimile: (510) 287-4050
4  Email: sburke@drathlaw.com
5
   Attorneys for Defendant Spectracorp Inc.
6
```

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8              NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

9

| | |
|---|---|
| TRIANGLE DIGITAL INX CO., a Delaware corporation on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,<br><br>Plaintiff,<br><br>vs.<br><br>SPECTRACORP, INC., a Colorado corporation,<br><br>Defendants. | CASE NO. C-07-04773 SI<br><br>NOTICE OF CHANGING OF HANDLING ATTORNEY |

PLEASE TAKE NOTICE that Sarah F. Burke is the handling attorney and Attorney of Record for Drath, Clifford, Murphy and Hagen, LLP, Attorneys for Defendant Spectracorp Inc. Ms. Burke's email address is sburke@drathlaw.com. Phone and fax number remain unchanged. Please update your service lists.


DATED: October 18, 2007          DRATH, CLIFFORD, MURPHY & HAGEN, LLP


                                 By:_____/s/_____
                                       SARAH F. BURKE (SBN 162813)

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within action.

My business address is 1999 Harrison Street, Suite 700, Oakland, California.

On January 9, 2008 I served the within **NOTICE OF CHANGE OF HANDLING ATTORNEY** on all interested parties in said action, addressed as follows.

Stephan A. Barber
**ROPERS, MAJESKI, KOHN & BENTLEY**
80 North First Street
San Jose, CA 95113
Phone: (408) 287-6262
Fax:    (408) 918-4501
Email:  sbarber@rmkb.com
**Counsel for**: TRIANGLE DIDGITAL INX CO.

Carlos A. Alvarez (State Bar No. 143839)
Jessica Grannis (State Bar No. 240770)
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, California  94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: calvarez@steyerlaw.com
Email: jgrannis@steyerlaw.com
**Co-counsel for**: SPECTRACORP, INC.

Robert C. Podoll (Colorado Bar No. 8776)
PODOLL & PODOLL, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111-306
Telephone: (303) 861-4000
Fax: (303) 861-4004
Email: rob@podoll.net
Email: bob@podoll.net
**Co-counsel for**: SPECTRACORP, INC.

_____**HAND**: By placing a true copy thereof in a sealed envelope and causing said envelope to be delivered by hand to the address(s) noted above, during normal business hours.

__✗__**MAIL**: By placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Post Office in Oakland, California. I am readily familiar with the firm's practice of collection and processing correspondence/documents for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party or parties served that service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of depositing for mailing.

_____**OVERNIGHT**: By placing a true copy in a sealed envelope, addressed to the interested party and depositing said envelope in the box regularly maintained by the overnight courier service at 1999 Harrison Street, Oakland, California.

_____**FAX**: By causing a true copy to be transmitted via facsimile to the addressee(s) noted above at the facsimile number shown.

I declare under penalty of perjury, in accordance with the laws of the State of California, that the foregoing is true and correct. Executed on January 9, 2008, at Oakland, California.

*/s/ Lisa L. Brown*
LISA L. BROWN