UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIANGLE DIGITAL INX CO., et al.

        Plaintiff(s),

v.

SPECTRACORP, INC.

        Defendant(s).

Case No. C07-04773 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/11/2008

Dated: _____

Dated: 1/11/2008

TRIANGLE DIGITAL INX
[Party]

_____
[Counsel]

SPECTRACORP, INC.

SARAH F. BURKE