**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 1/15/08

Case No.   C-07-4773.e SI          Judge:   SUSAN ILLSTON

Title: TRIANGLE DIGITAL S -v- SPECTRA

Attorneys: S. Barker            R. Kitsmiller, S. Burke

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to **6/20/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/14/08    @ 9:00 a.m.**   for Motions
(Motion due **10/10/08**, Opposition **10/24/08** Reply **10/31/08**)

Case continued to **12/16/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **1/12/09    @ 8:30 a.m.**  for Trial (JURY:   Days)
Discovery Cutoff: 8/29/08  Designate Experts by: 9/12/08, Rebuttal Experts:9/22/081, Expert
Discovery Cutoff:0/6/08

ORDERED AFTER HEARING:
This case shall be referred to the Court's mediation program.  The mediation shall occur in May 2008.
Counsel have agreed to conduct limited discovery prior to the mediation session.
Initial disclosures are due 2/8/08.

Cc: ADR.