IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIANGLE DIGITAL INX CO., | No. C 07-04773 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SPECTRACORP, INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 20, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 8/29/08.

DESIGNATION OF EXPERTS: 9/12/08; REBUTTAL: 9/22/08.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 6, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 10, 2008;

   Opp. Due October 24, 2008;  Reply Due October 31, 2008;

   and set for hearing no later than November 14, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 16, 2008 at 3:30 PM.

JURY TRIAL DATE: January 12, 2009 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation shall occur in May 2008.
Counsel have agreed to conduct limited discovery prior to the mediation session.
Initial disclosures are due 2/8/08.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____
SUSAN ILLSTON
United States District Judge