**FILED**

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Triangle Digital Inx Co.,

    Plaintiff(s),

v.

Spectracorp, Inc.,

    Defendant(s).

No. C 07-04773 SI MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __5/14/08__

2. Did the case settle?  ☐ fully  ☐ partially  ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☑ another session scheduled for (~~date~~) __Undetermined__
       and/or
   ☑ phone discussions expected by (~~date~~) __"__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☐ YES  ☑ NO

Dated: __5/15/08__

                                                          **Mediator, David Roe**
Law Offices of David Roe
1061 Walker Ave.
Oakland, CA 94610

**Certification of ADR Session**
07-04773 SI MED