STEPHAN A. BARBER (SBN 70070)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:   (408) 287-6262
Facsimile:   (408) 918-4501
sbarber@.rmkb.com

Attorneys for Plaintiff
TRIANGLE DIGITAL INX CO. on behalf of itself
and as the successor-in-interest to TRIANGLE
DIGITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRIANGLE DIGITAL INX CO., a Delaware corporation, on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRACORP, INC., a Colorado corporation,<br><br>Defendant. | CASE NO. C07-04773 SI<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

PLEASE TAKE NOTICE that as of **June 2, 2008** the address of ROPERS, MAJESKI, KOHN & BENTLEY, counsel for plaintiff TRIANGLE DIGITAL INX CO. on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC will be: 50 W. San Fernando Street, Suite 1400, San Jose, CA 95113.

Please direct all correspondence and pleadings to:

Stephan A Barber
Ropers, Majeski, Kohn & Bentley
50 W. San Fernando Street, Suite 1400
San Jose, CA 95113

<div style="margin-left: auto;">
Tel: (408) 287-6262<br>
Fax: (408) 918-4501
</div>

Dated: May 27, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEPHAN A. BARBER
Attorneys for Plaintiffs

| | |
|---|---|
| CASE NAME: | Triangle Digital v Spectracorp. |
| ACTION NO.: | C07-04773 SI |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 80 North First Street, San Jose, CA 95113. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

## NOTICE OF CHANGE OF ADDRESS

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| Sarah F. Burke, Esq.<br>Ramon Z. Bacerdo, Esq.<br>DRATH, CLIFFORD, MURPHY &<br>  HAGEN, LLP<br>1999 Harrison Street, Suite 700<br>Oakland, CA 94612 | (510) 287-4000<br>(510) 287-4050 (Fax)<br>sburke@drathlaw.com<br>**Attorneys for Spectracorp.** |
| Carlos A. Alvarez, Esq.<br>Jessica Grannis, Esq.<br>STEYER LOWENTHAL<br>Boodrookas Alvarez & Smith, LLP<br>One California Street, Suite 300<br>San Francisco, CA 94111 | (415) 421-3400<br>(415) 421-2234 (Fax)<br>calvarez@steyerlaw.com<br>jgrannis@steyerlaw.com<br>**Attorneys for Spectracorp.**<br>*(Prosecuting affirmative claim)* |
| Robert C. Podoll, Esq.<br>Robert A. Kitsmiller, Esq.<br>PODOLL & PODOLL, P.C.<br>5619 DTC Parkway, Suite 1100<br>Greenwood Village, CO 80111-306 | (303) 861-4000<br>(303) 861-4004 (Fax)<br>rob@podoll.net<br>bob@podoll.net<br>**Attorneys for Spectracorp.** |

RC1/5126011.1/BL1                                              - 3 -                                              NOTICE OF CHANGE OF ADDRESS

☒   *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 27, 2008, at San Jose, California.

_____
Bonnie Langston