**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-07-4773.e SI          Judge:   SUSAN ILLSTON

Title: TRIANGLE DIGITAL S -v- SPECTRA

Attorneys: McKinnon          S. Burke

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **8/29/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to

Case continued to  for Pretrial Conference

Case continued to  for Trial (JURY:   Days)

ORDERED AFTER HEARING:
The parties have agreed to participate in a follow-up mediation session before the next case management conference.