SAN JOSE | 50 West San Fernando Street
Los Angeles | Suite 1400
New York | San Jose, CA 95113-2429
San Francisco | Telephone (408) 287-6262
Redwood City | Facsimile (408) 918-4501
Boston | www.rmkb.com



Stephan A. Barber
(408) 918-4524

sbarber@ropers.com

August 26, 2008

**VIA ELECTRONIC FILING**

The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue, Dept. 10
San Francisco, CA  94102-3483

    Re:    Triangle Digital INX v. Spectracorp
             United States District Court Case No. C07-04773 SI
             **Next CMC:  August 29, 2008 at 2:30 p.m.**
             Client-Matter No. 42430 2847J

Dear Judge Illston:

       I represent plaintiff Triangle Digital INX in the above entitled matter.  Defendant Spectracorp is represented by its primary counsel, Sarah Burke and Robert Kitsmiller.

       The parties participated in an entire day of mediation in April, 2008.  They desire to participate in another day of mediation, but due to scheduling issues, we were not able to schedule a second day of mediation until September 24, 2008.  The mediator is David Roe.

       The parties are cautiously optimistic that this case can be settled through mediation.  However, there is a Further Case Management Conference scheduled for this Friday, August 29, 2008 at 2:30 p.m.  The parties desire to devote their time and resources to the settlement process and respectfully request that this Friday's Case Management Conference be rescheduled to October 3, 2008 at 2:30 p.m.  We also request that some of the other deadlines be changed as well to accommodate the mediation.

       Counsel for the parties have entered into and signed the attached Stipulation/Order Modifying the Court's Original Scheduling Order.  It is respectfully requested that the Court honor this Stipulation and sign where indicated.

       If you want the parties to appear this Friday for the CMC and/or if you have any questions or concerns, please let counsel know as soon as possible.

RC1/5172667.1/BL1



The Honorable Susan Illston
Re: Triangle Digital INX. v. Spectracorp
August 26, 2008                                                                                           Page 2

      Thank you for your attention and cooperation.

                                Very truly yours,

                                ROPERS, MAJESKI, KOHN & BENTLEY

                                STEPHAN A. BARBER

SAB:bl
Enclosure
cc:    Sarah F. Burke, Esq. (via e-mail)
       Robert A. Kitsmiller, Esq. (via e-mail)

RC1/5172667.1/BL1

| | |
|---|---|
| 1 | STEPHAN A. BARBER (SBN 70070)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | 50 West San Fernando Street, Suite 1400<br>San Jose, CA 95113 |
| 3 | Telephone:    (408) 287-6262<br>Facsimile:     (408) 918-4501 |
| 4 | sbarber@.rmkb.com |
| 5 | Attorneys for Plaintiff<br>TRIANGLE DIGITAL INX CO. on behalf of itself |
| 6 | and as the successor-in-interest to TRIANGLE<br>DIGITAL, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRIANGLE DIGITAL INX CO., a Delaware corporation, on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,<br><br>            Plaintiff,<br><br>v.<br><br>SPECTRACORP, INC., a Colorado corporation,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C07-04773 SI<br><br>**STIPULATION AND ORDER MODIFYING THE COURT'S ORIGINAL SCHEDULING ORDER** |

It is hereby stipulated between Plaintiff and Counter-Defendant TRIANGLE DIGITAL INX CO. on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, by and through its attorney, Stephan A. Barber, and Defendant and Counter-Claimant SPECTRACORP, INC., by and through its attorneys, Robert A. Kitsmiller and Sarah F. Burke, that the following dates in the Court's original Scheduling Order will be modified so as to permit the parties additional time to devote their attention to mediating and settling this litigation:

| Event | Original Date/Time | New Date/Time |
|---|---|---|
| Further Case Management Conference | August 29, 2008, 2:30 p.m. | October 3, 2008, 2:30 p.m. |
| Completion of Non-Expert Discovery | August 29, 2008 | October 9, 2008 |
| Expert Disclosure | September 12, 2008 | September 29, 2008 |
| Supplemental Expert Disclosure | September 22, 2008 | October 9, 2008 |
| Completion of Expert Depositions | October 6, 2008 | October 29, 2008 |
| Filing of Dispositive Motions | October 10, 2008 | October 24, 2008 |
| Filing of Oppositions to Dispositive Motions | October 24, 2008 | November 7, 2008 |
| Filing of Replies to Dispositive Motions | October 31, 2008 | November 14, 2008 |
| Hearing of Dispositive Motions | November 14, 2008, 9:00 a.m. | November 21, 2008, 9:00 a.m. |
| Filing of Pre-Trial Papers | December 2, 2008 | December 19, 2008 |
| Pre-Trial Conference | December 16, 2008, 3:30 p.m. | January 6, 2009, 3:30 p.m. |

The trial of this action remains scheduled for January 12, 2009.

Dated: August 26, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Stephan A. Barber
STEPHAN A. BARBER
Attorneys for Plaintiff and Counter-Defendant TRIANGLE DIGITAL LLC

Dated: August 26, 2008

PODOLL & PODOLL, P.C.

By: /s/ Robert A. Kitsmiller
ROBERT A. KITSMILLER
Attorneys for Defendant and Counter-Claimant SPECTRACORP, INC.

RC1/5165725.1/BL1

- 2 -

STIPULATION/ORDER MODIFYING ORIGINAL SCHEDULING ORDER

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1 | Dated: August 18, 2008

DRATH, CLIFFORD, MURPHY & HAGEN, LLP

By: _____
SARAH F. BURKE
Attorneys for Defendant and Counter-Claimant SPECTRACORP, INC.

### ORDER OF THE COURT

The above stipulation of the parties is accepted by the Court. The Court's original Scheduling Order is modified in accordance with the dates set forth above.

Dated: _____

_____
Hon. SUSAN B. ILLSTON
DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5165725.1/BL1

- 3 -

STIPULATION/ORDER MODIFYING
ORIGINAL SCHEDULING ORDER