

SAN JOSE | 50 West San Fernando Street
Los Angeles | Suite 1400
New York | San Jose, CA 95113-2429
San Francisco | Telephone (408) 287-6262
Redwood City | Facsimile (408) 918-4501
Boston | www.rmkb.com

Stephan A. Barber
(408) 918-4524

sbarber@ropers.com

October 22, 2008

**VIA ELECTRONIC FILING**

The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue, Dept. 10
San Francisco, CA 94102-3483

    Re: <u>Triangle Digital INX v. Spectracorp</u>
          United States District Court Case No. C07-04773 SI
          Client-Matter No. 42430 2847J

Dear Judge Illston:

    I represent plaintiff Triangle Digital INX Co. in the above referenced lawsuit now pending in your Court. I am pleased to advise the Court that the parties have reached a settlement which entirely resolves this litigation. I have enclosed a Stipulation and Order of Dismissal which has been signed by counsel. We respectfully that you date, sign, and enter the Order of Dismissal.

    Thank you for your attention and cooperation.

                            Very truly yours,

                            ROPERS, MAJESKI, KOHN & BENTLEY

                            STEPHAN A. BARBER

SAB:bl
Enclosure
cc:   Sarah F. Burke, Esq. (via e-mail)
      Robert A. Kitsmiller, Esq. (via e-mail)

RC1/5204121.1/BL1

| | |
|---|---|
| 1 | STEPHAN A. BARBER (SBN 70070)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | 50 West San Fernando Street, Suite 1400<br>San Jose, CA 95113 |
| 3 | Telephone: (408) 287-6262<br>Facsimile: (408) 918-4501 |
| 4 | sbarber@rmkb.com |
| 5 | Attorneys for Plaintiff |
| 6 | TRIANGLE DIGITAL INX CO. on behalf of itself<br>and as the successor-in-interest to TRIANGLE |
| 7 | DIGITAL, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TRIANGLE DIGITAL INX CO., a Delaware corporation, on behalf of itself and as the successor-in-interest to TRIANGLE DIGITAL, LLC, California Residents,

  Plaintiff,

v.

SPECTRACORP, INC., a Colorado corporation,

  Defendant.

CASE NO. C07-04773 SI

**STIPULATION AND ORDER OF DISMISSAL**

It is hereby stipulated between Plaintiff and Counter-Defendant TRIANGLE DIGITAL INX CO., by and through its attorney Stephan A. Barber, and Defendant and Counter-Claimant SPECTRACORP, INC., by and through its attorney Sarah H. Burke, as follows:

1. The Complaint filed by TRIANGLE DIGITAL INX CO. is dismissed with prejudice;

2. The Counter-Complaint filed by SPECTRACORP, INC. is dismissed with prejudice;

3. TRIANGLE DIGITAL INX CO. and SPECTRACORP, INC. shall each bear its own attorney's fees and costs; and

RC1/5199019.1/BL1 - 1 - STIPULATION AND ORDER OF DISMISSAL

4. The trial date of January 9, 2009 and all other Court dates and deadlines are vacated.

Dated: October 22, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Stephan A. Barber
STEPHAN A. BARBER
Attorneys for Plaintiff and Counter-Defendant TRIANGLE DIGITAL INX CO.

Dated: October 22, 2008

DRATH, CLIFFORD, MURPHY & HAGEN, LLP

By: /s/ Sarah F. Burke
SARAH F. BURKE
Attorneys for Defendant and Counter-Claimant SPECTRACORP, INC.

### ORDER OF THE COURT

The above stipulation of the parties is accepted by the Court. The Complaint and Counter-Claim filed herein are dismissed with prejudice. The trial date and all Court dates and deadlines are vacated.

Dated: _____

/s/ Susan Illston
Hon. SUSAN B. ILLSTON
DISTRICT COURT JUDGE

RC1/5199019.1/BL1 - 2 - STIPULATION AND ORDER OF DISMISSAL